In the Matter of the Application of the CITY OF NEW
YORK, Respondent, Relative to Acquiring Property
Required for an Extension to the Manhattan Terminal
of the New York and Brooklyn Bridge.

DAVID KEANE et al., as Executors of ANNA C. KEANE,
Deceased, Appellants.

*Matter of City of New York (Manh. Terminal N. Y. & B. Bridge),*
143 App. Div. 929, affirmed.

(Argued October 4, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the first judicial department,
entered March 16, 1911, which affirmed an order of Special
Term confirming a report of commissioners of estimate
and appraisal in condemnation proceedings.

*David Keane* and *Morgan J. O'Brien* for appellants.

*Archibald R. Watson, Corporation Counsel (Terence
Farley* and *Charles D. Olendorf* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER,
WILLARD BARTLETT, HISCOCK and CHASE, JJ.